**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TERESA ALFARO-AMEZCUA, AKA Teresa Amezcua Alfaro,<br><br>        Petitioner,<br><br>  v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>        Respondent. | No.   18-71673<br><br>Agency No. A089-725-244<br><br><br>MEMORANDUM* |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 17, 2019**

Before:    McKEOWN, BYBEE, and OWENS, Circuit Judges.

Teresa Alfaro-Amezcua, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision finding Alfaro-Amezcua removable and denying her

application for cancellation of removal, asylum, withholding of removal, and relief

---

     *      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

     **     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

under the Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings. *Garcia-Milian v. Holder*, 755 F.3d 1026, 1031 (9th Cir. 2014).  We deny the petition for review.

In her opening brief, Alfaro-Amezcua failed to challenge any of the agency's dispositive determinations.  *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived); *see also Andia v. Ashcroft*, 359 F.3d 1181, 1184 (9th Cir. 2004) (per curiam) ("In reviewing the decision of the BIA, we consider only the grounds relied upon by that agency.").  Thus, Alfaro-Amezcua's cancellation of removal, asylum, withholding of removal, and CAT claims are denied.

**PETITION FOR REVIEW DENIED.**